# Court of Appeals
# of the State of Georgia

ATLANTA,   October 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1650.  SIZEMORE, INC. v. WORKFORCE CAPITAL, LLC.**

Sizemore, Inc. appealed to this Court following the trial court's entry of an interlocutory injunction against it.  Sizemore's main argument on appeal is that the the trial court improperly made final fact findings and granted relief that altered the status quo.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (2).  "'[E]quity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied."  *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991).  The issues on appeal appear to center on the legality and propriety of the injunctive relief ordered by the trial court.  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court.  See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* 10/30/2012
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*